**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :  No. 235 EAL 2020

        Respondent            :

                          :  Petition for Allowance of Appeal
                          :  from the Order of the Superior Court

        v.                 :

BRIAN ADORNO,             :

        Petitioner              :

COMMONWEALTH OF PENNSYLVANIA,    :  No. 236 EAL 2020

        Respondent             :

                          :  Petition for Allowance of Appeal
                          :  from the Order of the Superior Court

        v.                 :

BRIAN ADORNO,             :

        Petitioner              :

## ORDER

**PER CURIAM**

      **AND NOW**, this 2nd day of December, 2020, the Petition for Allowance of Appeal is **DENIED**.